**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| SHAVONDA HARRIS | CIVIL ACTION NO. 25-1417 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| CITY OF SHREVEPORT, ET AL. | MAGISTRATE JUDGE HORNSBY |

## <u>ORDER</u>

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 16, Defendants' Motion for Partial Dismissal, Record Document 5, after having considered the written objections, as well as the response to the objections, after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein.

**IT IS ORDERED** that Defendants' Motion for Partial Dismissal, Record Document 5, is **GRANTED.**

**IT IS ORDERED** that Plaintiff's claim of excessive force to the extent it is based on the Eighth Amendment or the substantive due process component of the Fourteenth Amendment, Plaintiff's Fourth Amendment claim for unreasonable seizure based on the traffic stop, and all federal claims against the City of Shreveport or Chief Wayne Smith are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Chief Wayne Smith are **DISMISSED** because there are no state law claims against him, but the

1

City of Shreveport remains as a defendant because of its potential vicarious liability based on state law claims against its employees.

**DONE AND SIGNED** in Shreveport, Louisiana, this 14th day of April, 2026.

_____
**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**